WILLIAM H. ARNOUX, Appellant, v. AMY C. PHYFE et al., as Executors of WILLIAM CAMPBELL, Deceased, Respondents, Impleaded with Others.

*Arnoux* v. *Phyfe*, 6 App. Div. 605, affirmed.
(Argued May 5, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1896, upon an order reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and directing a dismissal of the complaint upon the merits.

*C. N. Bovee, Jr.*, and *J. McG. Goodale* for appellant.

*Henry B. Johnson* for respondents.

Judgment and order affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., and MARTIN, J., not voting.

---

MARY JANE HAGNER, Respondent, v. AMOS C. HALL et al., Appellants.

*Hagner* v. *Hall*, 10 App. Div. 581, affirmed.
(Argued May 8, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 12, 1896, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Henry A. Peckham* for appellants.

*William J. Griffin* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.